In the Matter of the Claim of SHARON K. BLAND, Appellant, v GELLMAN, BRYDGES & SCHROFF et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. (And Another Proceeding.)

Submitted January 28, 2013; decided February 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of the Arbitration between ADAM BOBAK, Appellant, and AIG CLAIMS SERVICES, INC., et al., Respondents.

Submitted November 5, 2012; decided February 19, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that the nonfinal order sought to be reviewed on appeal does not necessarily affect the final Appellate Division order, as required by CPLR 5601 (d), and thus cannot provide a constitutional predicate for the appeal. Motion for leave to appeal denied.

Chief Judge LIPPMAN taking no part.

In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted January 14, 2013; decided February 19, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

Judge RIVERA taking no part.

In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted February 4, 2013; decided February 19, 2013